MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs   ANAS A. DOWL            CASE NO. 3:99-CR-00159-JKS
Defendant: X Present   X In Custody

BEFORE THE HONORABLE            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          SUZANNETTE LUCERO

UNITED STATES ATTORNEY:         STEPHAN COLLINS

DEFENDANT'S ATTORNEY:           KEVIN MCCOY - APPOINTED

U.S.P.O.:                       CHRIS LIEDIKE

PROCEEDINGS: INITIAL APPEARANCE ON PETITION AND SUPPLEMENTAL
             PETITION TO REVOKE SUPERVISED RELEASE (DKTS 39 & 40)
             HELD 4/10/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:10 p.m. court convened.

 X Copy of Petition and Supplemental Petition to Revoke
   Supervised Release (Dkts 39 & 40) given to defendant; read.

 X Defendant sworn.

 X Defendant advised of general rights.

 X Defendant advised of charges and penalties.

 X Defendant states true name:   ANAS DOWL

 X Financial Affidavit **FILED**; Federal Public Defender accepted
   appointment; FPD notified.

 X Defendant **DENIED** allegations  1-9 of the Petition to Revoke
   Supervised Release (Dkt 39) and **DENIED** allegations 10-13 of
   the Supplemental Petition to Revoke Supervised Release (Dkt
   40).

 X Consent to be filed by **April 13, 2007** or case shall be trans-
   ferred to U.S. District Judge.

 X Defendant detained; Order of Detention Pending Hearing **FILED.**

 X OTHER:   Court and counsel heard re parties availability for
   evidentiary hearing; Government available on or after April
   30, 2007 and defense counsel not available from May 8-11,
   2007. Discovery due by **4/13/07.**

At 2:26 p.m. court adjourned.


DATE:   April 10, 2007     DEPUTY CLERK'S INITIALS:       SCL