# United States District Court
## for the
## DISTRICT OF ALASKA

RECEIVED APR 11 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: 3:99-cr-00159-01-JKS |
| ) | |
| vs.                                        ) | **WARRANT FOR ARREST** |
| ) | |
| Anas A. Dowl                       ) | |

TO: The United States Marshal
and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED to arrest Anas A. Dowl and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with nine violations of his term of supervised release.

**REDACTED SIGNATURE**

~~James K. Singleton~~ John W. Sedwick
~~Senior~~ U.S. District Court Judge
Ch.J

4-9-07
Date

| RETURN OF SERVICE |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: ANCHORAGE, AK |
| Date Received: 4/9/07  Name and title of arresting officer: K. GUINN  Signature of arresting officer: |
| Date of Arrest: 4/10/07 | | |

**ORIGINAL**