```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.   ANAS A. DOWL            CASE NO. 3:99-CR-00159-JKS
Defendant:  X Present    X In Custody

BEFORE THE HONORABLE:         JAMES K. SINGLETON

DEPUTY CLERK/RECORDER:        SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:      STEPHAN COLLINS

DEFENDANT'S ATTORNEY:         KEVIN MCCOY

U.S.P.O.:                     CHRIS LIEDIKE

PROCEEDINGS: EVIDENTIARY HEARING ON PETITION AND SUPPLEMENTAL
             PETITION TO REVOKE SUPERVISED RELEASE (DKTS 39 & 40)
             HELD 5/16/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:19 a.m. court convened.

Court and counsel heard re parties resolution.

Defendant **ADMITTED** allegations 1, 5, 7 of the Petition to Revoke Supervised Release (Dkt 39) and allegation 10 of the Supplemental Petition to Revoke Supervised Release (Dkt 40).

Government to motion to dismiss allegations 2, 3, 4, 6, 8, 9, 11, 12 and 13 of the Petitions to Revoke Supervised Release (Dkts 39 & 40) at the Final Disposition Hearing.

At 9:44 a.m. court recessed until 9:57 a.m.

Final Disposition Hearing set for **June 28, 2007 at 9:00 a.m.**

Defendant's detention continued.

At 9:58 a.m. court adjourned.

DATE:      May 16, 2007          DEPUTY CLERK'S INITIALS:     SCL