NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  3:99-CR-00159-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S DISPOSITION |
| v. | ) | RECOMMENDATION |
| | ) | |
| ANAS DOWL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

  The defendant, Anas Dowl, has admitted he has committed four violations of his term of supervised release, all of which relate to the defendant's use of controlled substances: marijuana.  The United States Probation Office has prepared a disposition report for the defendant and recommends the Court revoke the term

of supervised release, impose 10 months of imprisonment, and continue the defendant on supervision. The United States concurs with this recommendation.

The Court should follow this recommendation. The defendant has had a life long commitment to using drugs, in particular marijuana, and to committing serious crimes. During the time he has been in and out of correctional institutions, the defendant has had ample and numerous opportunities to learn how to reform his ways and conform them to societal norms. Yet, he has consistently chosen either ignore the opportunities to correct his ways and conduct, chosen to ignore what he has learned, or concluded that societal norms do not apply to him.

Simply releasing the defendant to a drug treatment center without more serious consequences does not adequately address the defendant's breach of the Court's trust. Nor does it adequately reaffirm societal norms and expectations of person on supervision. The defendant's continued use of controlled substances is a symptom of his mind set, not some errant frolic. The Court needs to re-instill in the defendant the concept that for every action there is a consequence.

\\

\\

Thus, the United States Probation Office's recommendation is the appropriate resolution for the defendant's conduct.

RESPECTFULLY SUBMITTED this day, June 27, 2007, in Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/Stephan A. Collins
        Stephan A. Collins
        Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-1500
        E-mail: stephan.collins@usdoj.gov
        AK # 8911061

I certify that this document was served on :
Kevin McCoy
via
Electronic Case Filing

s/ Stephan A. Collins
June 27, 2007