Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   vs.<br><br>ANAS A. DOWL,<br><br>                    Defendant. | Case No. 3:99-cr-00159-JKS<br><br>**NOTICE OF FILING AFFIDAVIT** |

      Defendant, Anas A. Dowl, by and through counsel Kevin F. McCoy, Assistant Federal Defender, hereby files for the court's consideration an Affidavit of Fontai Holland.

      DATED at Anchorage, Alaska this 27th day of June, 2007.

      Respectfully submitted,

      /s/ Kevin F. McCoy
      Assistant Federal Defender
      Alaska Bar No. 7705042
      601 West Fifth Avenue, Suite 800
      Anchorage, AK  99501
      Phone:         907-646-3400
      Fax:              907-646-3480
      E-Mail:         kevin_mccoy@fd.org

Certification:

I certify that on June 27, 2007,
a copy of the foregoing document,
with attachments, was served electronically on:

Stephan A. Collins, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


and a copy was hand delivered to:

Chris Liedike, Probation Officer
U.S. Probation & Pretrial Services
222 W. Seventh Avenue, #48, Room 168
Anchorage, AK  99513-7562


/s/ Kevin F. McCoy