Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ANAS A. DOWL,<br><br>　　　　　　Defendant. | Case No. 3:99-cr-00159-JKS<br><br>**AFFIDAVIT OF FONTAI HOLLAND** |

STATE OF ALASKA　　　　　　)
　　　　　　　　　　　　　　) ss.
THIRD JUDICIAL DISTRICT　　)

　　　　Fontai Holland, being first duly sworn upon oath, deposes and says as follows:

　　　　1.　　I am the mother of Anas Dowl's child and lived with him as husband and wife prior his arrest in April.

　　　　2.　　Mr. Dowl has shared with me the Violation Disposition Report and the Sentencing Recommendation that has been prepared in this case.

　　　　3.　　There are several inaccuracies in the report that I want the court to know about.

4. I am the sole owner of the vehicle the probation officer wanted to search the day after Mr. Dowl was arrested.

5. Mr. Dowl has no interest in the vehicle.

6. The probation officer came to my house the day after Mr. Dowl was arrested and asked for permission to search the vehicle.

7. I telephoned Kevin McCoy, Mr. Dowl's attorney, and he told me that I had a right under the Fourth Amendment to refuse to consent to the search.

8. He told me that I was free to tell the probation officer that I did not want to consent to the search and that the probation officer could attempt to obtain a search warrant if he wanted to search the car.

9. I refused to consent to the search of the car and I told the probation officer that I would submit to the search if he obtained a search warrant.

10. The probation officer never came back with a search warrant.

11. Mr. McCoy did not direct me to do anything. I called Mr. McCoy to find out whether I had a right under the Fourth Amendment not to consent to the search. He told me that I could refuse.

12. Again, Mr. McCoy did not direct me to do anything. The decision to refuse to consent to the search was my decision.

_____
FONTAI HOLLAND



SUBSCRIBED AND SWORN to before me this 27th day of June, 2007.

*Debbie Merzenmayer*
Notary Public in and for Alaska
My Commission Expires: 12.20.08

Certification:

I certify that on July 27, 2007,
a copy of the foregoing document
was served electronically on:

Stephan A. Collins, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

and a copy was hand delivered to:

Chris Liedike, Probation Officer
U.S. Probation & Pretrial Services
222 W. Seventh Avenue, #48, Room 168
Anchorage, AK 99513-7562

/s/Kevin F. McCoy