```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA

U.S.A. vs.   ANAS A. DOWL    CASE NO.  3:99-CR-00159-JKS
Defendant:  X Present    X In Custody

BEFORE THE HONORABLE:          JAMES K. SINGLETON

DEPUTY CLERK/RECORDER:         CAROLINE EDMISTON

UNITED STATES' ATTORNEY:       STEPHAN COLLINS

DEFENDANT'S ATTORNEY:          KEVIN MCCOY

U.S.P.O.:                      CHRIS LIEDIKE

PROCEEDINGS: FINAL DISPOSITION HEARING ON PETITION AND
   SUPPLEMENTAL PETITION TO REVOKE SUPERVISED RELEASE
   (DKTS 39 & 40) HELD 06/28/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

At 9:06 a.m. court convened.

Court and counsel heard re sentencing recommendations.

Court directed that the defendant be released today and supervised release conditions remain as previously in order for the defendant to participate in the AKKELA House Treatment Program.

Final Disposition Hearing on Petition and Supplemental Petition to Revoke Supervised Release (DKT 39 & 40) set **August 23, 2007 at 9:00 a.m.**

Defendant released; Release Order **FILED**.

At 10:11 a.m. court adjourned.

NOTE: Original and one copy of Release Order hand delivered to U.S. Marshal Service.

DATE:    June 28, 2007       DEPUTY CLERK'S INITIALS:    CME

Revised 6-18-07