## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

### RELEASE ORDER

TO:   UNITED STATES MARSHAL

RE:   UNITED STATES OF AMERICA VS. _Anas A. Dowl_

CASE NO: _3:99-CR- 00159-JKS_

-----------------------------------------------------------------------------------------

Defendant _Anas A. Dowl_ ,

has this date met the bail conditions indicated below and is ordered discharged from custody.

_____Released to _____ ,   the third
 party custodian(s)

_____Paid cash bail in the amount of _____ to the Clerk of Court

_____Posted unsecured bond in the amount of _____

_____Posted bond secured by ____ property or ____ surety in the amount of _____
        with the Clerk of Court

_____Surrendered passport to the Clerk of Court

_X_ Other_____
_____
_____

Dated at _Anchorage_, Alaska this _28_ day of _June_ , 20_07_

REDACTED SIGNATURE

_James K. Singleton_
U.S. DISTRICT JUDGE

Original & 1 cy to U.S. Marshal

(Rev 5/05)