IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of<br><br>ANAS DOWL,<br><br>On Writ of Habeas Corpus | ) Case No. 3:99-CR-00159-01 (JKS)<br>)<br>) <u>ORDER FOR ISSUANCE OF WRIT</u><br>) <u>OF HABEAS CORPUS AD</u><br>) <u>PROSEQUENDUM</u><br>)<br>) |

On the Petition of Stephan A. Collins, Assistant United States Attorney, IT IS ORDERED that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to bring ANAS DOWL, now being held at Anchorage Correctional Center-East, Anchorage, Alaska, before this Court as a defendant in a certain cause now pending before this Court, to wit: <u>United States of America v. ANAS DOWL</u>, Case No. 3:99-CR-00159-01 (JKS), for the scheduling of an arraignment/initial appearance in Anchorage, Alaska on a petition to revoke supervised release and such other proceedings as the Court may desire, said person to be returned to the said State of Alaska Department of Corrections, soon as the case is disposed of.

DATED this 16 day of August, 2007 at Anchorage, Alaska.

/s/John D. Roberts, USMJ
Signature Redacted
JOHN D. ROBERTS
U.S. Magistrate Judge