```
                 MINUTES OF THE UNITED STATES DISTRICT COURT
                              DISTRICT OF ALASKA
```

U.S.A. vs. ANAS A. DOWL               CASE NO. 3:99-cr-00159-JKS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:         APRIL KARPER

UNITED STATES' ATTORNEY:       STEPHAN COLLINS

DEFENDANT'S ATTORNEY:          KEVIN MCCOY

U.S.P.O.:                      CHRIS LIEDIKE

PROCEEDINGS: INITIAL APPEARANCE ON SECOND SUPPLEMENTAL PETITION
             TO REVOKE SUPERVISED RELEASE (DKT 55)
             HELD AUGUST 20, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:20 p.m. court convened.

 X Copy of Second Supplemental Petition to Revoke Supervised
   Release given to defendant: read.

 X Defendant advised of general rights.

 X Defendant **DENIED** allegations 14 and 15 of the Second
   Supplemental Petition to Revoke Supervised Release.

 X Matter to be referred to U.S. District Judge for:
   X  Evidentiary Hearing

 X Defendant detained/Detention Hearing set for **August 22, 2007
   at 2:00 p.m.**

 X Order of Temporary Detention Pending Hearing **FILED**.

At 3:27 p.m. court adjourned.



DATE:     August 20, 2007        DEPUTY CLERK'S INITIALS:   amk



Revised 6-18-07