# United States District Court
for the
## DISTRICT OF ALASKA

RECEIVED
U.S. MARSHAL SERVICE
ALASKA
2007 JUL 31 PM 2: 40

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Case Number: 3:99-CR-00159-1(JKS) |
| ) vs. ) | **WARRANT FOR ARREST** |
| ) **ANAS DOWL** ) | |

**RECEIVED**

AUG 2 0 2007

**CLERK, U.S. DISTRICT COURT**
**ANCHORAGE, A.K.**

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Anas Dowl and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with two violations of his term of supervised release.

**REDACTED SIGNATURE**

For James K. Singleton  John W. Sedwick
Senior U.S. District Court Judge
Chief

**ORIGINAL**

_7-31-07_
Date

| RETURN OF SERVICE |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: |
| **EXECUTED ON WRIT**    ANCHORAGE, AK |

| Date Received: 7/31/07 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 8/17/07 | USM RANDY JOHNSON | R.Sny_ |