Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANAS ABDULHARDIN DOWL,<br><br>Defendant. | NO. 3:99-cr-00159-JKS<br><br>**MOTION ON SHORTENED TIME TO CONTINUE EVIDENTIARY HEARING AND DISPOSITION HEARING** |

Anas Dowl asks this court for an order continuing the evidentiary hearing and the disposition hearing in this matter so that it follows resolution of charges currently pending before the Alaska Superior Court in *State v. Anas Dowl*, 3AN-07-8347 CR.

This matter is currently set for disposition on August 23, 2007.  The government has filed an amended petition adding allegations 14 and 15.  *See* Docket No. 55.

This motion is submitted pursuant to the Fifth Amendment, D.Ak.L.Crim.R. 47.1 and is based upon the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska this 22nd day of August 2007.

Respectfully submitted,

/s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on August 22, 2007,
a copy of the *Motion on Shortened Time to Continue Evidentiary Hearing and Disposition Hearing* was served electronically on:

Stephan A. Collins
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Chris Liedike
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

/s/Kevin F. McCoy