UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANAS ABDULHARDIN DOWL,<br><br>　　　　Defendant. | NO. 3:99-cr-00159-JKS<br><br>**PROPOSED ORDER** |

On consideration of the defendant's shortened time request to continue the evidentiary hearing and the disposition in this matter;

It is hereby ordered that the motion is GRANTED. The combined evidentiary/disposition hearing shall be continued from Thursday, August 23, 2007, to _____, 2007.

DATED this \_\_\_\_\_ day of _____ 2007, in Anchorage, Alaska.

_____
JAMES K. SINGLETON
U.S. DISTRICT JUDGE