Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANAS ABDULHARDIN DOWL,<br><br>Defendant. | NO. 3:99-cr-00159-JKS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

Kevin F. McCoy, being first duly sworn upon oath, deposes and says as follows:

1.   I am the attorney for Anas Dowl.

2.   Disposition in this matter is presently set for August 23, 2007.

3.   The government has filed an amended petition adding allegations 14 and 15.

4.   Allegations 14 and 15 are currently the subject of a state court prosecution in

*State v. Anas Dowl*, 3AN-07-8347 CR.

5.  The purpose of this motion is to ask that the evidentiary hearing on the new allegations and the disposition hearing be continued until after *State v. Anas Dowl*, 3AN-07-8347-CR is resolved.

6.  A continuance is necessary to preserve Mr. Dowl's Fifth Amendment rights. A continuance will also promote judicial economy.

7.  On August 22, 2007, I spoke to Assistant U.S. Attorney Stephan Collins. Mr. Collins indicated that the government does not oppose a continuance regarding Allegations 14 and 15. Mr. Collins indicated that the government did wish to proceed to disposition on the allegations that Mr. Dowl has already admitted.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:   907-646-3400
Fax:     907-646-3480
E-Mail:  kevin_mccoy@fd.org

SUBSCRIBED AND SWORN to before me this 22nd day of August 2007.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008

Certification:
I certify that on August 22, 2007,
a copy of the *Affidavit of Counsel*
was served electronically on:

Stephan A. Collins
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Chris Liedike
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

/s/Kevin F. McCoy