MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __ANAS A. DOWL__ CASE NO. 3:99-CR-00159-JKS
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: JOHN D. ROBERTS

DEPUTY CLERK/RECORDER: SUZANNETTE LUCERO

UNITED STATES' ATTORNEY: STEPHAN COLLINS

DEFENDANT'S ATTORNEY: KEVIN MCCOY

U.S.P.O.: CHRIS LIEDIKE

PROCEEDINGS: DETENTION HEARING HELD 8/22/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:02 p.m. court convened.

Court and counsel heard re defendant's oral motion to release
defendant with conditions.

Rashidah Tahirah Abdur-Rahman affirmed and testified on behalf of
the defendant as a proposed third party custodian.

Chris Liedike sworn and testified on behalf of the plaintiff.

Arguments heard.

Court and counsel heard re defendant's oral motion to release
defendant with conditions; **DENIED.**

Defendant's detention continued.

Order of Detention Pending Hearing **FILED.**

List of Witnesses to be filed separately.

At 3:22 p.m. court adjourned.

DATE: August 22, 2007    DEPUTY CLERK'S INITIALS: SCL

Revised 6-18-07