```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.   ANAS A. DOWL         CASE NO. 3:99-CR-00159-JKS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:           JAMES K. SINGLETON

DEPUTY CLERK/RECORDER:          SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:        STEPHAN COLLINS

DEFENDANT'S ATTORNEY:           KEVIN MCCOY

U.S.P.O.:                       CHRIS LIEDIKE

PROCEEDINGS: HEARING ON MOTION TO CONTINUE EVIDENTIARY HEARING AND DISPOSITION HEARING (DKT 62) (CONTINUED FINAL DISPOSITION HEARING ON PETITION AND SUPPLEMENTAL PETITION TO REVOKE SUPERVISED RELEASE (DKTS 39 & 40) HELD 8/23/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:15 a.m. court convened.

Court and counsel heard re defendant's pending matter in State Court.

Court and counsel heard re defendant's Motion to Continue Evidentiary and Disposition Hearing (Dkt 62); **GRANTED.**

Continued Final Disposition Hearing on Petition and Supplemental Petition to Revoke Supervised Release (Dkts 39 & 40) set for **August 29, 2007 at 1:30 p.m.**

At 9:33 a.m. court adjourned.

DATE:      August 23, 2007     DEPUTY CLERK'S INITIALS:   SCL

Revised 6-18-07