```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  ANAS A. DOWL          CASE NO. 3:99-CR-00159-JKS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:         JAMES K. SINGLETON

DEPUTY CLERK/RECORDER:        SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:      STEPHAN COLLINS

DEFENDANT'S ATTORNEY:         KEVIN MCCOY

U.S.P.O.:                     CHRIS LIEDIKE

PROCEEDINGS: CONTINUED FINAL DISPOSITION HEARING ON PETITION AND
             SUPPLEMENTAL PETITION TO REVOKE SUPERVISED RELEASE
             HELD 8/29/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 1:35 p.m. court convened.

Court and counsel heard defense counsel's request to continue hearing.

Sentencing recommendations heard.

Defendant previously **ADMITTED** allegations  1, 5, 7 and 10 of the Petition and Supplemental Petition to Revoke Supervised Release.

 X FINAL DISPOSITION HEARING:

    X Supervised Release revoked.

    X Defendant imprisoned for a period of  10 months.

 X Defendant to serve term of supervised release for a period of
    2 years or the time that is left on his supervised release,
    whichever is greater under the usual terms and conditions
    with special conditions of supervised release as stated in the
    judgment.

 X Defendant remanded to the custody of the U.S. Marshal.

                         Continued To Page 2

DATE:     August 29, 2007          DEPUTY CLERK'S INITIALS:    SCL

Revised 6-18-07

```
                    Continuation - Page 2
                    U.S.A. vs. Anas A. Dowl
                       3:99-cr-00159-JKS
                 Continued Final Disposition Hearing
                          August 29, 2007
```
--------------------------------------------------------------

 X OTHER: Court and counsel heard re plaintiff's oral motion to sever allegations 14 and 15 of the Second Supplemental Petition to Revoke Supervised Release (Dkt 55); **GRANTED.** Court and counsel heard re plaintiff's oral motion to DISMISS allegations 2, 3, 4, 6, 8, 9, 11-13 of the Petition and Supplemental Petition to Revoke Supervised Release (Dkts 39 & 40) with prejudice; **GRANTED.** Government to file a new Petition re allegations 14 & 15 in Dkt 55 as allegations 1 & 2 if necessary.

At 2:25 p.m. court adjourned.

DATE:     August 29, 2007        DEPUTY CLERK'S INITIALS:   SCL

Revised 6-18-07