**UNITED STATES DISTRICT COURT**
**District of Alaska**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| vs. | (For Revocation of Probation or Supervised Release) |
| | For Offenses Committed On or After November 1, 1987 |
| ANAS A. DOWL. | (Original Judgment filed 6/14/2000) |
| | Case Number: 3:99-CR-00159-01-JKS |
| | Kevin McCoy |
| | Defendant's Attorney |

Defendant's probation officer filed petitions on  4/9/2007 & 4/10/2007
accusing defendant of  13  violations of the conditions of supervision
provided in the original judgment. Defendant  ADMITTED allegations 1, 5,
7 and 10 of the Petition and Supplemental Petition to Revoke Supervised
Release. All necessary hearings have been conducted. The court finds that
the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Standard | Tested Positive For Marijuana | 7/07/2006 | C |
| 5 | Standard | Tested Positive For Marijuana | 1/04/2007 | C |
| 7 | Standard | Tested Positive For Marijuana | 2/23/2007 | C |
| 10 | Standard | Possession of Marijuana | 4/10/2007 | C |

The court finds that the following accusations are not proved:  _____.
The court concludes that the conditions of supervision set forth in the
court's original judgment are subject to revocation pursuant to 18 U.S.C.
§ 3583(e); and defendant is now sentenced as provided in pages 2 through  3
of this amended judgment. The sentence is imposed pursuant to the
Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States
Attorney for this district within 30 days of any change of name, residence,
or mailing address until all fines, restitution, costs, and special
assessments imposed by this judgment are fully paid.

AUGUST 29, 2007
Date of Disposition Hearing

**REDACTED SIGNATURE**
Signature of Judicial Officer
JAMES K. SINGLETON, U.S. DISTRICT
Name & Title of Judicial Officer

09/05/2007
Date

AO245. REV

Defendant: ANAS A. DOWL                         Amended Judgment--Page 2 of 3
Case No.:  3:99-cr-00159-01-JKS

### IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of __10 months__.

[_] The court makes the following recommendations to the Bureau of Prisons:


[X] The defendant is remanded to the custody of the United States Marshal.
[_] The defendant shall surrender to the United States Marshal for this district,
      [_] at _____ a.m./p.m. on _____.
[_] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
      [_] before 2 p.m. on _____.
      [_] as notified by the United States Marshal.
      [_] as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.


                                    United States Marshal

                                    By _____
                                         Deputy Marshal

AO245.REV

Defendant: ANAS A. DOWL  
Case No.:  3:99-cr-00159-01-JKS

Amended Judgment--Page 3 of 3

### SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release is modified as follows:

1. In addition to submitting to drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994, the defendant shall participate in either or both inpatient or outpatient treatment programs to be approved by the United States Probation Office for substance abuse treatment, which program shall include testing to determine whether the defendant has reverted to the use of drugs or alcohol.

2. The defendant shall submit to a warrantless search of his person, residence, vehicle, office, place of employment, and at a business at a reasonable time and at a reasonable manner based upon a reasonable suspicion that contraband or evidence of a violation of a condition of release will be found on the premises to be searched. Failure to submit to a search may be grounds for revocation.

3. The defendant shall not reside at any location without having first advised other residents. The premises may be subject to a search pursuant to this condition.

4. The defendant shall participate and fully comply with either or both inpatient or outpatient mental health treatment program to be approved by the United States Probation Office.

5. The defendant shall not possess a firearm, destructive device, or other weapon.

The term of supervision is extended as follows: 2 years or the time that is left on defendant's supervised release, whichever is greater.

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV