

RECEIVED
SEP 1 0 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of )<br>)<br>ANAS DOWL, )<br>)<br>On Writ of Habeas Corpus )<br>)<br>_____ )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>DISTRICT OF ALASKA )<br>)<br>_____ ) | Case No. 3:99-CR-00159-01 (JKS)<br><br>**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**<br><br><br><br><br><br>**ORIGINAL** |

The President of the United States of America to:

State of Alaska Department of Corrections, United States Marshal, District of

Alaska, or his duly authorized representative.

GREETINGS:

      We command that you have the body of ANAS DOWL, by you

imprisoned and detained as it is said, at Anchorage Correctional Center-East,

Anchorage, Alaska, under safe and secure conduct, before the Judge of our District

Court within and for the District of Alaska, at Anchorage, Alaska, for scheduling

an arraignment/initial appearance on a petition to revoke supervised release, and

other proceedings as the Court may desire, thereafter and as necessary in <u>United States v. ANAS DOWL</u>, Case No. 3:99-CR-00159-01 (JKS), now pending before said Court, and that you return said person to the State of Alaska Department of Corrections as soon as the case may be disposed of, under safe and secure conduct.

This is a continuing Writ on this date and such other times as the Court directs.

WITNESS the Honorable Judge of the United States District Court of the District of Alaska, at the Federal Building and U.S. Courthouse in the City of Anchorage, Alaska on this 16th day of August 2007.

                IDA ROMACK
                CLERK, U.S. DISTRICT COURT

                By: __REDACTED SIGNATURE__
                      DEPUTY CLERK

---

**U.S. MARSHALS RETURN**

I hereby certify and return that __ANAS DOWL__ was transported from __ACC-E__ to __DIST COURT__ on __9/7/07__ as ordered by the court.

        Randy M. Johnson
        U.S. MARSHAL

By: _[signature]_
    Deputy U.S. Marshal
CRIMINAL PROGRAM SPECIALIST